UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22147-PAS-AMS

AF HOLDINGS LLC,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

Plaintiff, through the undersigned counsel files this motion for extension of time to file its Joint Scheduling Report, which is due September 17th, 2012, and in support thereof states the following:

1. Plaintiff filed its complaint on June 8th, 2012.

2. Plaintiff has a good faith belief that the individual with IP Address 74.166.133.168 ("IP Owner") is the only person with sufficient knowledge to assist in finding the person responsible for illegally downloading Plaintiff's copyrighted content.  The individual with IP Address 74.166.133.168 may very well be the infringer of Plaintiff's copyrighted content.

3. Plaintiff is still seeking expedited discovery so that the Internet Service Provider will release to Plaintiff the IP Owner's name and address.  This information is necessary so that Plantiff can investigate the legitimacy of the IP Owner's defenses or appropriately file suit against the IP Owner.  As one Federal Court recently stated:

> **Upon receipt of the identifying information sought in the subpoenas, the plaintiff is entitled to seek settlement with these individuals, or decide that pursuing a lawsuit against particular defendants is no longer feasible or cost effective. Either course selected by the plaintiff would give the copyright owner the opportunity to effectuate its statutorily protected rights and thereby serve our system of justice.** *AF Holdings, LLC v. Does 1,1058*, No. 12-00048, (D.D.C. Aug. 6, 2012) ECF 46.

4. On July 6th, 2012, the court issued its Order Requiring a Joint Scheduling Report by September 17th, 2012.

5. Plaintiff requests additional time to file the joint scheduling report because Plaintiff has been unable to obtain the IP Owner's identifying information from the ISP.

6. Once Plaintiff obtains the IP Owner's identifying information, it is the first time ever that Plaintiff has to communicate with the IP Owner, unlike conventional parties who are in frequent communication with their adversaries months or even years before filing suit. Thus, Plaintiff needs time to evaluate whether the IP Owner should be named and served.

7. Plaintiff believes once the ISP releases the IP Owner's contact information, Plaintiff should be ready to file a Joint Scheduling Report within 60 to 90 days.

Wherefore, Plaintiff, AF Holdings, LLC, requests the Court grant its Motion for Extension of Time to file a Joint Scheduling Report through December 1, 2012.

Respectfully submitted,

AF Holdings LLC

DATED: September 12, 2012

By:   /s/ Joseph Perea
      Joseph Perea, FBN 47782
      Joseph Perea, P.A.
      9100 S. Dadeland Blvd, Ste 1500
      Miami, Florida 33156
      Tel: 305-934-6215
      E-mail: joperea@perealawfirm.com
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on September 12, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

      /s/ Joseph Perea
      JOSEPH PEREA