UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-22147-CIV-SEITZ/SIMONTON

AF HOLDINGS LLC,

      Plaintiff,

  v.

JOHN DOE,

      Defendant.
_____/

**MOTION FOR WITHDRAWAL OF COUNSEL**
**AND**
**MOTION FOR SUBSTITUTION OF COUNSEL**

Maurice Castellanos, counsel for Plaintiff AF Holdings LLC, hereby moves the Court pursuant to Southern District of Florida Local Rule 11.1(d) for an order permitting him to withdraw as counsel of record for Plaintiff in this action, and Alan Greenstein seeks permission to be substituted in place of Maurice Castellanos.

As grounds for this Motion:

1.     Maurice Castellanos has been counsel for the Plaintiff since October 15, 2012.

2.     Maurice Castellanos wishes to withdraw as counsel for the Plaintiff.

3.     Plaintiff understands and accepts the withdrawal of Maurice Castellanos.

4.     Because this case is still in the preliminary stages of the proceedings, Plaintiff will not be prejudiced by his withdrawing from this action.

5.     Pursuant to Local Rule 11.1(d), Plaintiff and opposing counsel have had the requisite notice of Maurice Castellanos' intention to withdraw prior to the filing of this motion.

6.	Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has attempted to confer with counsel of record for all parties, and there were no objections.

7.	Alan Greenstein is licensed to practice in the Southern District of Florida, and requests that he be designated Counsel of Record on behalf of Plaintiff AF Holdings LLC.

8.	Maurice Castellanos, Alan Greenstein, and Plaintiff AF Holdings LLC are all in agreement that this substitution is necessary to allow this case to proceed.

THEREFORE, the Court should grant the counsel's Motion to Withdraw as Counsel and Motion for Substitution of Counsel.

DATED: November 15, 2012

Respectfully submitted,

| | |
|---|---|
| By:	/s/ Maurice Castellanos<br>Maurice Castellanos (Bar # 104371)<br>MAURICE CASTELLANOS, P.A.<br>1031 Ives Dairy Road, Suite 228<br>Miami, Florida 33179<br>Phone: 305-338-2687<br>Email: maucastellanos@gmail.com | By:	/s/ Alan Greenstein<br>Alan J. Greenstein (Bar # 237817)<br>ALAN J. GREENSTEIN, P.A.<br>9155 S. Dadeland Blvd, #1012<br>Miami, FL 33156<br>Phone: 305-772-7083<br>Email: agreenstein004@hotmail.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 15, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

*/s/ Alan Greenstein*
Alan Greenstein
